NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
Richard H. Hikida, Bar No. 196149
rhikida@trialnewport.com
David W. Reid, Bar No. 267382
dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEOPETS, INC. a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-08395-DMG-PLA<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Complaint Filed: October 27, 2015 |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff Kyle Johnson hereby responds to the Court's February 22, 2016 Order to Show Cause (Dkt. No. 19) and hereby identifies himself and substitutes the "John Doe" designation as pled in the operative complaint, and substitutes his true name and identity as Plaintiff Kyle Johnson in lieu thereof.

DATED: February 29, 2016

**NEWPORT TRIAL GROUP**
SCOTT J. FERRELL
RICHARD H. HIKIDA
DAVID W. REID
VICTORIA C. KNOWLES

By: */s/ Scott J. Ferrell*
Attorneys for Plaintiff and the Class

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2016, I electronically filed the foregoing **RESPONSE TO ORDER TO SHOW CAUSE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell