JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>NEOPETS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No.: CV 15-8395-DMG (PLAx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) [29]** |

　　The Court, having considered the Joint Stipulation for Dismissal of Entire Action Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, orders that the class certified on February 23, 2016 [Doc. # 19] shall be decertified without prejudice, Defendant's Motion to Dismiss [Doc. # 24] be DENIED as moot, and this action is dismissed without prejudice.　Each party shall bear his or its own costs and attorneys' fees.　The hearing on May 6, 2016 is VACATED.

DATED: April 18, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE